# UNITED STATES DISTRICT COURT

for the
Western District of Washington

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.   MJ23-103 |
| Information associated with One Target Instagram | ) | |
| Account with Identifier penthouse_bentley, for | ) | |
| Investigation of 18 U.S.C. § 1591(a) | ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A, attached hereto and incorporated herein by reference.

located in the _____Northern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, attached hereto and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1591(a) | Sex Trafficking by Force, Fraud, and Coercion |

The application is based on these facts:

✓   See Affidavit of Christopher Miranda, continued on the attached sheet.

☐   Delayed notice of _____ days (give exact ending date if more than 30 days: _____  is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

---

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented: ☑ by reliable electronic means; or: ☐ telephonically recorded.

CHRISTOPHER P MIRANDA

Digitally signed by CHRISTOPHER P MIRANDA
Date: 2023.03.01 08:45:44 -08'00'

*Applicant's signature*

Christopher Miranda, Special Agent, HSI
*Printed name and title*

◯ The foregoing affidavit was sworn to before me and signed in my presence, or
◉ The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date:   _____03/03/2023_____

*Judge's signature*

City and state:   Seattle, Washington

Paula L. McCandlis, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF CHRISTOPHER MIRANDA**

STATE OF WASHINGTON       )

                          )       ss

COUNTY OF KING            )


I, Christopher Miranda, being first duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent (SA) with Homeland Security Investigations (HSI) and have been since 2020. I am currently assigned to the Human Trafficking Investigations group in Seattle, Washington. Prior to transferring to Seattle, I was assigned to the Gang Investigations group in Charlotte, North Carolina, where I conducted criminal investigations on both foreign and domestic gangs. These investigations consisted of narcotics trafficking, human trafficking, weapons-related offenses, violent crime, and money laundering.

2.      Prior to joining HSI, I was a police officer with the Charlotte-Mecklenburg Police Department for almost eight years, where I spent most of my career assigned to Street Crime Investigations. Street Crime Investigations were focused on narcotics, gang members and violent crime offenders. During my law enforcement career, I have both applied for and served hundreds of arrest and search warrants related to a wide array of both state and federal criminal investigations. I have also attended numerous advanced investigation courses in the fields of Human Trafficking, Drug Trafficking, Gang Investigations, Cyber Investigations, and Social Media Investigations to enhance investigative techniques. I have implemented cyber and social media investigation techniques with my criminal investigations for years and know that many individuals use email, social media, and other internet-based resources to discuss and conduct criminal activity. The ability to create shadow accounts or accounts in the name of others is often used to avoid detection by law enforcement.

3.      The facts set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation,

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  including other law enforcement officers; review of documents and records related to this

2  investigation; communications with others who have personal knowledge of the events and

3  circumstances described herein; and information gained through my training and experience.

4  This affidavit is intended to show merely that there is sufficient probable cause for the

5  requested warrant and does not set forth all of my knowledge about this matter.

6  <u>**IDENTIFICATION OF THE SUBJECT ACCOUNTS TO BE SEARCHED**</u>

7      4.      I make this affidavit in support of an application under Rule 41 of the Federal

8  Rules of Criminal Procedure for a search warrant for information associated with the

9  following Instagram account:

10      Account ID Instagram: **penthouse_bentley** (hereinafter the SUBJECT ACCOUNT).

11      The account is an Instagram account used by the target of this investigation,

12      BRANDON WASHINGTON. Law enforcement received information regarding the

13      SUBJECT ACCOUNT during the course of the investigation as set forth below.

14      5.      The above user IDs identify an Instagram account that is stored at premises

15  owned, maintained, controlled, or operated by Meta Platforms, Inc. ("Meta"), an electronic

16  communications service and/or remote computing service provider headquartered at 1601

17  Willow Road in Menlo Park, California. The information to be searched is described above

18  and in Attachment A. This affidavit is made in support of an application for a search warrant

19  under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require Meta to disclose to

20  the government copies of the information (including the content of communications) further

21  described in Section I of Attachment B.  Upon receipt of the information described in

22  Section I of Attachment B, government-authorized persons will review that information to

23  locate the items described in Section II of Attachment B.

24      6.      Based on my training and experience and the facts as set forth in this affidavit,

25  there is probable cause to believe that violations of Title 18, United States Code, Sections

26  1591(a) and 1591(b)(1) have been committed by BRANDON WASHINGTON. There is also

27  probable cause to believe that WASHINGTON uses the SUBJECT ACCOUNT, and that the

28

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

SUBJECT ACCOUNT described in Attachment A contains evidence, instrumentalities, and/or fruits of these crimes, as further described in Attachment B.

## JURISDICTION

7.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## SUMMARY OF PROBABLE CAUSE

**A.      Investigative Background**

8.      In June 2021, HSI Seattle received information from the Bellevue Police Department (BPD) of suspected sex trafficking that was being conducted out of Two Lincoln Tower, a luxury condominium in Bellevue, Washington. HSI Seattle initiated an investigation and obtained banking records, peer-to-peer mobile payment records, and travel records to corroborate this information.

9.      Two Lincoln Tower condominiums in Bellevue records each entry into their building which is photographed, logged, and time stamped. These entry codes into the building are specific to each unit and can log entry by unit number. Two Lincoln Tower provided investigators with the photo log of entry for unit #3420 from August 2020 to October 2020. The log showed that in this two-month span, approximately 94 male subjects visited the unit.

10.     On September 11, 2020, BPD responded to a disturbance call at the Two Lincoln Tower condominiums involving a black male allegedly brandishing a firearm (BPD # 2020-42610). I have reviewed the notes in the call for service. The disturbance ended prior to BPD arriving on scene. It was reported that the black male left the scene in a silver Ford Fusion displaying Nevada license plate 487K41. The Nevada vehicle registration shows it was co-registered to both BRANDON WASHINGTON (black male) and a female who will be referred to as T.G.

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

11.     Investigators used T.G.'s Nevada State driver's license photo to conduct an image search, which located commercial sex ads featuring T.G. Commercial sex ads depicting T.G. were posted under the alias "Amira Yasmine" and included ads dating from 2015 to 2017 on Backpage.com in California, Arizona, Nevada, and Washington. The advertisements displaying T.G. list an Instagram username of "amirayasmine1013." The numbers "1013" in the username coincide with BRANDON WASHINGTON's month and day of birth (10/13/19xx) and is frequently seen in other usernames and emails of victims identified throughout this investigation.

12.     Investigators obtained and reviewed the rental application paperwork for unit #3420 of Two Lincoln Tower condominiums. The documentation showed that someone named "Maria Palm" had completed the rental application for unit #3420 on May 24, 2020. Applicants for this rental agreement were Sumatra Jarrett and Maria Palm. Investigators later identified Sumatra Jarrett as the mother of WASHINGTON, as listed on his California birth certificate.

13.     During the course of this investigation, investigators have located hundreds of commercial sex advertisements depicting images of Palm, which were posted in cities and states all over the country. The dates of these advertisements range from 2018 to as recent as February 20, 2023. This most recent advertisement was posted on Privatedelights.com, a well-known website for advertising commercial sex, and was for San Jose, California. Palm's advertisements are posted under the alias "Aria" or "Aria Love" with a corresponding Instagram account of "ariaalovee_." Investigators have viewed this public Instagram account and observed that many of the photos posted on the account are the same photos that are used in commercial sex ads featuring Palm.

**B.     Review of Bank Records**

14.     On June 6, 2022, Bank of America provided investigators with bank records for a listed account of Maria Palm (# xxxxxxxx2801) (hereinafter the "Palm Account") for the time period of May 2020 to February 2022. Maria Palm is the only accountholder listed in the records. The Bank of America accountholder was identified to be the same Maria Palm

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

associated with the Two Lincoln Tower condos through consistent date of birth, social security number, and email (MARIAGPALM2018@GMAIL.COM) provided by each. These records show that during the reported time frame, approximately $583,517 was deposited into the Palm Account. The deposits primarily consisted of peer-to-peer transactions and ATM cash deposits and ranged from $100 to $7,000. Investigators reviewing the bank records were unable to identify any source of commercial employment payments. However, deposits from "NEVADA ESD" were consistently made into the Palm Account weekly from June 11, 2020, to September 8, 2021. An internet search of "NEVADA ESD" indicates that these payments constitute State of Nevada unemployment benefits.

15.     Cash deposits into the Palm Account were made in several different states, including California, Washington, and Florida. I am aware that numerous commercial sex advertisements featuring Palm were posted in these three states during the May 2020 to February 2022 time frame.

16.     On numerous occasions, these cash ATM deposits were completed in different states on the same date. As an example, on April 15, 2021, at 8:47 p.m. PDT, a cash deposit of $5,510 was made into the Palm Account at an ATM in Bellevue, Washington. On the same date, at 3:49 p.m. EDT, a $310 cash deposit into the Palm Account was made at an ATM in Fort Lauderdale, Florida. Just two days prior on April 13, 2021, at 10:57 p.m. PDT, a $560 cash deposit was made into the Palm Account at an ATM in Los Angeles, California. From my training and experience, this is consistent with several victims, all of whom are based in different locations, depositing the cash proceeds from commercial sex into a central bank account, which is often controlled by a trafficker or traffickers.

17.     Bank of America was served with legal process and was requested to provide ATM transaction photos for the following transactions on the Palm Account:

12/1/2021- $320 cash withdrawal from Terminal ID ICAH6317 (Fairfield, CA)

12/2/2021- $400 cash withdrawal from Terminal ID ICAH4735 (Santa Clara, CA)

4/15/2021- $5,510 cash deposit into Terminal ID IWAD0182 (Bellevue, WA)

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

4/15/2021- $310 cash deposit into Terminal ID IFLD8023 (Fort Lauderdale, FL)

4/13/2021- $560 cash deposit into Terminal ID ICAN7660 (Los Angeles, CA)

4/11/2021- $700 cash deposit into Terminal ID IFLD8023 (Fort Lauderdale, FL)

4/5/2021- $1000 cash withdrawal from Terminal ID IFLD8023 (Fort Lauderdale, FL)

3/29/2021- $2,630 cash deposit into Terminal ID IWAN0065 (Seattle, WA)

3/26/2021- $6,230 cash deposit into Terminal ID IWADS0176 (Bellevue, WA)

3/22/2021- $2,267 cash deposit into Terminal ID ICAN2906 (Bakersfield, CA)

However, Bank of America was only able to provide photographs for the following transactions:

12/1/2021- $320 cash withdrawal from Terminal ID ICAH6317 (Fairfield, CA)

12/2/2021- $400 cash withdrawal from Terminal ID ICAH4735 (Santa Clara, CA)

4/13/2021- $560 cash deposit into Terminal ID ICAN7660 (Los Angeles, CA)

18.     Bank of America provided two photographs for each of the above-listed transactions. In all three transactions, the photographs depict a black male conducting the transactions. The black male photographed in the ATM security footage is consistent with BRANDON WASHINGTON after comparison to WASHINGTON's Washington State DOL and U.S. Passport photos.

19.     A review of the Palm Account records also show a large number of peer-to-peer deposits made into the account. The majority of these deposits were made from accounts identified with the names Haylee Petty (via Zelle), Breeana Hill (via Zelle), and Emily Rockhill (via Zelle), according to the payment description.  During the time frame May 2020 to June 2021, Breeana Hill used Zelle to transfer approximately $33,359 to the Palm Account.

20.     From March 3, 2021, to April 13, 2021, Emily Rockhill transferred approximately $13,260 into the Palm Account and was paid approximately $2,470 from the account. Investigators used Rockhill's Washington State driver's license photo to conduct an image search, which located commercial sex ads depicting Rockhill under the alias "Savannah" and "Savannah Skye." These ads were posted only during the period of March

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

11, 2021, to May 13, 2021, which is generally consistent with the time period of the money transfers from Rockhill to the Palm Account.

21.     The Palm Account records also showed that Petty used Zelle to transfer approximately $8,691 to the Palm Account. Investigators located commercial sex advertisements for Petty on TNABoard.com and Privatedelights.com (another website used to advertise commercial sex) using the alias "Keira" or "Keira London" from May 2020 to January 2022. In addition, investigators found that commercial sex ads for Palm and Petty often featured one another offering "duos."

22.     Bank records also show transfers from the Palm Account of approximately $5,625 into a CashApp account with the username "Bentley." CashApp records provided to investigators verify the owner of this "Bentley" account to be WASHINGTON. The moniker "Bentley" has also been used by WASHINGTON on his Instagram account (penthouse_bentley, the SUBJECT ACCOUNT) and an identified email of bluestripbentley1013@gmail.com. During the interviews of victims T.G. and D.A., both corroborated the fact that WASHINGTON consistently used the moniker "Bentley."

23.     The Palm Account records also showed regular, concurrent payments to two luxury apartment buildings: Helios Apartments in Seattle and Regatta at New River in Fort Lauderdale. Payments were made to both buildings from July 2021 through January 2022 (agents received records only through February 2022). Law enforcement requested and received rental applications and agreements from each of these apartments. The records show that both Maria Palm and Haylee Petty were listed on the rental applications and agreements. They leased the apartment at Regatta at New River in Fort Lauderdale between March 31, 2021, and April 18, 2022, with a monthly rent of $3,225. They leased an apartment at Helios Apartments in Seattle between December 1, 2020, and September 3, 2021, with a monthly rent of $3,730. They renewed the Helios lease to run from September 4, 2021, until September 3, 2022, for $4,087 a month. On both rental applications, Palm listed MARIAGPALM2018@GMAIL.COM as the contact email and (702) 613-8787 as the contact phone number.

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

24.     The Palm Account records also show numerous payments to Priceline.com, which is a travel booking website, for hotel and airline reservations. Legal process was served to Priceline which returned the following:

- User Maria Palm (4/7/2017 – 6/13/2019)
  - Email: BLUESTRIPBENTLEY1013@GMAIL.COM
  - Phone number: (415) 235-7289
  - Bookings: Approximately 248
  - Cardholder Names: Breeana Hill (used 193 times), T.G. (48 times), Tyquesha Daniels (1 time), Maria Palm (1 time)

25.     Priceline records show that between 2017 and 2019, approximately 248 hotel reservations were made using this account. Approximately 31 of those reservations are listed for WASHINGTON. Approximately 216 are listed under the names of 12 different females; investigators have located commercial sex ads for many of them. The Priceline account details show that only one time was Maria Palm the cardholder for any of the reservations made during this time frame. From my training and experience, these records indicate that this Priceline account is used to manage, promote, and facilitate interstate travel for commercial sex.

26.     Starting on February 26, 2020, the Maria Palm Priceline account showed several updates to include a change of email and phone number:

- Maria Palm (2/26/2020 – 6/20/2022)
  - Email: MARIAGPALM2018@GMAIL.COM
  - Phone number: (415) 691-1304
  - Bookings: Approximately 104

27.     From February 26, 2020, the phone number of (415) 691-1304 was used in connection with approximately 100 bookings, while the number (702) 613-8787 was used in connection with four bookings. On July 5, 2022, T-Mobile provided investigators with subscriber information for (415) 691-1304, which showed that WASHINGTON was the subscriber beginning on February 2, 2020. Detailed further in this affidavit, WASHINGTON

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 8

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    also provided (415) 691-1304 as his phone number when encountered by Customs and

2    Border Protection (CBP) in San Francisco, California on October 24, 2022.

3    **C.    Identified Victim Interview**

4        28.    Investigators contacted a woman identified here as T.G. and interviewed her on

5    December 19, 2022. During this interview, T.G explained she met WASHINGTON in

6    approximately October of 2014 via Facebook and his username was "something Bentley."

7    T.G. stated she had confided in WASHINGTON that her father had molested her, she was

8    previously in foster care, and currently homeless.

9        29.    T.G. stated that after communicating on social media, they decided to meet one

10   night at her hotel. WASHINGTON told T.G. that he would be able to get her out of the

11   situation she was in. T.G. stated that they were intimate with each other that night. T.G.

12   explained that the next day WASHINGTON arrived in a red Audi hatchback, packed up all

13   her belongings and drove her to a different hotel somewhere outside of Los Angeles,

14   California. T.G. explained WASHINGTON put her in a hotel room with two other females

15   she did not know.

16       30.    T.G. explained that when they got to the hotel, WASHINGTON just dropped

17   her off and left. The two unidentified females then explained to T.G. that they were posted

18   on "sites" by WASHINGTON and they met men to have sex with them for money and

19   would give all the money to WASHINGTON. They went on to explain that WASHINGTON

20   would protect them. T.G. stated that the physical and verbal abuse from WASHINGTON

21   began the second day she was with him when he brought her to the first hotel outside of Los

22   Angeles. T.G. explained that when she told WASHINGTON she didn't want to have sex for

23   money, but he talked her into it. T.G. stated he made her feel guilty when he told her she

24   wasted his time and that he thought she could handle it and thought she was stronger than

25   that. T.G. stated she knows now it was just manipulation. T.G. explained that after two days

26   in this hotel, she was raped and told WASHINGTON she wanted to leave. During the

27   interview, T.G. became extremely emotional and stated that WASHINGTON beat her, with

28   closed fist punches, and told her she wasn't allowed to leave.

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 9

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

31.     T.G. explained that WASHINGTON "role played" being a sex buyer with her to teach her what to say and do to sex buyers. T.G. stated that WASHINGTON controlled the sex ads and communication with the sex buyers so he knew how much each girl was making a day. T.G. explained that once a day, WASHINGTON would call each girl down individually from the hotel room to come down to give WASHINGTON the money they earned. T.G. stated that they were required to turn over all the money and never were allowed to keep any money.

32.     T.G. explained that WASHINGTON assaulted her countless times while she was with him. T.G. stated these assaults would include closed fist punches to the face and body and he would also "choke" her. T.G. explained WASHINGTON would always choke (strangle) her with two hands and straight on. Additionally, T.G. explained that WASHINGTON made her get a tattoo of a Bentley logo on her leg; she provided a picture to investigators of the tattoo.

33.     T.G. stated that she saw her commercial sex ads when sex buyers would show them to her in the hotel rooms and recalled the sites to include Backpage.com, TNABoard.com, and Eros.com. T.G. stated she couldn't ask the sex buyers for help because WASHINGTON was the one communicating with them by text through the ads. T.G. explained she couldn't ever say anything to the sex buyers because she feared the sex buyer might text the number in the ad thinking it was her but they were really communicating with WASHINGTON.

34.     T.G. stated WASHINGTON would decide which cities and states she would travel to for commercial sex and he would book the travel and hotels in her name. T.G. recalls traveling to California, Washington, Nevada, and Florida for commercial sex. T.G. explained that as their posts progressed to high earning sites (Eros), WASHINGTON would always travel with them to be close by "to keep an eye on them." T.G. stated that WASHINGTON had a community of pimp friends who would all discuss which cities/states were high earning or not.

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 10

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

35.     T.G. also stated that, during her time of victimization by WASHINGTON, he would consistently attempt to recruit additional victims via social media and through commercial sex advertisement websites. T.G. explained that they lived in an apartment in San Francisco for a 12-month lease during which she estimated WASHINGTON recruited somewhere between 20–30 female victims and trafficked them for periods of time from a couple weeks to several months. T.G. stated she began to realize a common trend that most of the victims recruited by WASHINGTON were homeless and he would attempt to recruit women with false promises of making money and offering a "better life."

**D.      Identification of Instagram Account**

36.     During the course of this investigation, investigators located an open Instagram account under the name "penthouse_bentley," the SUBJECT ACCOUNT. The public account depicts photographs of a man whom investigators identified as WASHINGTON based on a comparison to his California driver's license and U.S. Passport.

37.     The SUBJECT ACCOUNT's publicly accessible description states "If it's not a Penthouse I can't sleep in it, If it's not a Gold Bentley I can't sit in it, If it's not a Gold jet ski I can't ride it." Pictures of a gold Bentley and a gold personal watercraft are posted on his account, along with pictures from luxury condos in both Seattle and the Miami/Fort Lauderdale area (based on their location tags). Instagram allows users to save their "stories" as "highlights." These saved pictures and videos are stored under "highlights" until the user wishes to delete them. On August 4, 2022, investigators viewed the "highlights" for the SUBJECT ACCOUNT and observed a screenshot of a Washington State Vehicle Certificate of Title for a Bentley Flying Spur. The information accompanying this photo indicated it was posted 113 weeks prior to the date that it was viewed by investigators. The registered owner information was covered in the photo, but investigators were able to confirm through Washington Department of Licensing that a 2014 Bentley Flying Spur (VIN # SCBEC9ZA4EC090839) is registered to WASHINGTON with license plate BMH1827. There are several pictures of this gold Bentley on the account along with a gold in color personal watercraft, and a video posted on December 20, 2021, depicts both parked next to

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 11

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

each other. Another photo, dated 10 weeks prior to viewing, was a picture of a male holding what appears to be a large stack of currency posing in a bed with a female with the quote "WHEN WE QUIT CHASING THE H*ES WE WANT, THE GAME WILL SEND US THE H*ES WE NEED." From my training and experience, I know that many sex traffickers and pimps refer to "pimping" as "the game" and refer to commercial sex workers as "hoes."

38.     Investigators also observed videos of Palm and Petty in the publicly available "highlights" for the SUBJECT ACCOUNT. For example, a video posted 68 weeks prior to investigators viewing it depicts Petty on a black jet ski. In a video posted 117 weeks prior to viewing, a video of Palm shows her in the driver's seat of a vehicle with Petty in the front passenger seat; the video appeared to have been recorded from the back seat of the vehicle. Investigators are familiar with Palm and Petty from previously observed commercial sex ads that were compared with their driver's license photos.

39.     On October 24, 2022, WASHINGTON, Maria Palm, and Sophia Palm were encountered by Customs and Border Protection (CBP) in San Francisco, California after returning on inbound Korean Airlines Flight #23 from Seoul, South Korea. During this contact, WASHINGTON told CBP that he was returning from traveling with his girlfriend (Maria Palm), and her sister to Singapore for four days and Bali, Indonesia for 17 days. WASHINGTON said that he works as a freelance photographer and Maria Palm is employed as a model. WASHINGTON provided an address of 221 Gonzalez Drive, San Francisco, California 94132, an email address of Brandonwashington555@yahoo.com, and a phone number of (415) 691-1304. This (415) 691-1304 phone number was discussed above as it is the primary number for the Maria Palm Priceline account. WASHINGTON advised that he purchased his own ticket for this trip.

40.     Maria Palm advised CBP that she works as a freelance model and her boyfriend, WASHINGTON, works as a freelance photographer. Maria Palm provided CPB Officers with an email of mariagrpalm2018@gmail.com. It is unknown if the additional "r" in the email address was a transcription error by CBP Officers or was intentional. Maria

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 12

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

Palm provided CBP with the phone number of (702) 613-8787 and stated that she purchased the trip tickets.

41.     Following WASHINGTON's return from Bali, the SUBJECT ACCOUNT displayed a new "highlight." The "highlight" is titled "Bali" and features approximately 100 videos and photos in the file. Investigators viewed the Bali highlight and observed videos and pictures of WASHINGTON, Maria Palm, and Sophia Palm while apparently in Bali.

**E.     Additional Identified Victim Interview**

42.     On November 18, 2022, investigators interviewed a woman identified here as D.A. During this interview, D.A. advised she was already a victim of another sex trafficker at the time when WASHINGTON initially contacted her. D.A. referred to her previous trafficker as her "pimp" from the age of 16 years old to 22 years old, when she met WASHINGTON. D.A. explained that her previous trafficker was very controlling, would not let her communicate with her family, was abusive, and did not allow her to go anywhere without him.

43.     D.A. stated she met BRANDON WASHINGTON in the summer of 2017 after he contacted her through a phone number posted on a commercial sex advertisement of her. D.A. advised that she initially communicated with WASHINGTON through text who portrayed himself as a "trick" or sex buyer. D.A. stated she told WASHINGTON of the conditions she suffered from that pimp. D.A. advised WASHINGTON later "revealed" himself as a pimp to her and promised her a better life. D.A. went on to explain that WASHINGTON told her that if she worked for him, he would make sure she would be able to see her family, go out on her own, and be able to have her own money.

44.     D.A. stated that the first night she was with WASHINGTON, they stayed in a hotel, and she thought he would have expected her to have sex with him. Instead, WASHINGTON told D.A. he wanted her to "be in it for the long haul" and she was to earn him $30,000 before that could happen. D.A. explained that the next day, they picked up T.G. (the victim discussed above) from a house in California and all three drove back to Seattle together. D.A. stated that WASHINGTON told her this was a "test" to see if she would

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 13

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

return to her previous trafficker. D.A. was explicitly told that T.G. was his "bottom"; this is a commonly used term in pimp culture referring to the "main girl." "Bottoms" are frequently required to instruct other victims, collect money, book hotel rooms, and post ads at the direction of their pimp/trafficker.

45.     D.A. explained that WASHINGTON had her open a Bank of America bank account under her name and give him the debit card linked to the account. D.A. explained the purpose of the account was to deposit the cash she made from the commercial sex and WASHINGTON controlled the account. D.A. explained she only accepted cash for commercial sex acts at the time and was required to give it all over to WASHINGTON.

46.     D.A. explained that after she earned the required initial $30,000 for WASHINGTON, he flew them out to New York. D.A. stated that WASHINGTON booked this trip to New York for her to "sign the contract" and get a Bentley logo tattoo, for his nickname of "Bentley." D.A. stated that WASHINGTON brought a typed "contract" for her to sign while in New York. D.A. advised she could not recall what exactly the contract stated but summarized it was in reference to being loyal to WASHINGTON. D.A. stated that WASHINGTON made her "sign" the contract with her thumb print using her own blood as ink. D.A. went on to explain she knows of at least one other victim (T.G.) who also has a Bentley logo tattoo which she has seen.

47.     Investigators executed a search warrant on WASHINGTON's bluestripbentley1013@gmail.com email account in which the "contract" was observed. This seven-page contract was titled "Contract of Ownership" and listed D.A. by name and "King Bentley" as the involved parties. Throughout the contract, D.A. is referred to as "the slave."

48.     D.A. stated that, from the very beginning, WASHINGTON would lecture her for hours about "the game" (a common term used to refer to pimping), loyalty, and being on time. D.A. explained WASHINGTON would set "goals" for her rather than specific quotas of number of dates required by her.

49.     D.A. explained she didn't have access to any of the commercial sex advertisements or accounts related to the ads. D.A. stated WASHINGTON controlled the

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 14

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

commercial sex ads, and she specifically remembers a TNAboard.com account because WASHINGTON took a picture of her holding a newspaper for account verification. D.A. stated WASHINGTON posted ads of her on various commercial sex sites using the alias "Helena."

50.     D.A. explained that WASHINGTON would create the accounts and posts on her phone and would make her list the posts. D.A. believes the number listed in the sex ads was a number created through an app rather than the actual cellphone number. D.A. recalls communicating with WASHINGTON through an app called "Telegram."

51.     D.A. also explained all of her travel to other cities and states for the purpose of commercial sex would be reserved online by WASHINGTON or T.G., who was the "bottom" at the time, under T.G.'s name. D.A. explained these states included Oregon, California, Washington, and Hawaii.

52.     D.A. explained that WASHINGTON was extremely violent and assaults towards her included closed fist punches, "choking" her with both hands to the point of nearly blacking out, open hand slaps, and she was threatened to be thrown off a 37th floor penthouse balcony in Seattle (Helios Apartments). D.A. stated these assaults happened often and would be the result of "talking back" or essentially anything that wasn't a "yes" to WASHINGTON.

**F.    Linked Accounts**

53.     Both D.A. and T.G. explained that during their time of victimization by WASHINGTON, he would control and post commercial sex ads of them. Both victims told investigators they were aware that WASHINGTON utilized TNABoard.com as one of the commercial sex ad websites.

54.     Investigators contacted TNABoard.com requesting account creation information for some identified victims of this investigation. TNABoard.com collects and stores account creation and verification information which often includes email, phone numbers, the city where the ads will be posted, a photo of an identification card, a photo of the "account user," and whether they were referred by a "verified account."

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 15

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

55.     On December 20, 2022, TNABoard.com provided account creation information for an account featuring Maria Palm, "Arialove." TNABoard.com stated that the "Arialove" account was initially referred by "Helena111" on May 31, 2018. This corroborates information provided by D.A. during her interview in which she stated WASHINGTON posted ads for her under the alias "Helena."

56.     Below are the listed email accounts used on TNABoard.com for identified victim accounts:

- T.G. – amirayasmine1013@gmail.com
- D.A. – helenababy1013@gmail.com
- Maria Palm – arialove1013@gmail.com

As previously mentioned, the numbers "1013" coincide with WASHINGTON's month and day of birth (10/13/19xx).

57.     In addition to the requested information, TNABoard.com provided information for nine additional accounts that were "referred BY Arialove acct, or associated accounts, and our review of site usage leads us to believe they are in fact associated."

58.     The two newest associated accounts provided by TNABoard.com were created in December of 2022. These accounts were "Giannarosexoxo" and "Brookesummers." Investigators reviewed the "Giannarosexoxo" account creation information provided by TNABoard.com. It included a photograph of an Arizona ID card for an Angelique Anderson and verification photos of herself holding the ID card and a piece of paper reading "TNA 12/12/2022." Investigators located an Instagram account for Angelique Anderson, "_pretty.youngthingg"; one of the pictures on her Instagram account is also used in sex advertisements for her. The description portion of her Instagram account includes the term "Bentley Bunny."

59.     Investigators also reviewed the account creation information for "Brookesummers", which was also referred by the "Arialove" account. Investigators had

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 16

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

previously identified Tori Loughlin in the review of Priceline records.[1] Investigators compared known driver's license photos of Tori Loughlin to the commercial sex ads for "BrookeSummers," which were consistent. Investigators also found commercial sex ads on Privatedelights.com for "BrookeSummers" listing the same contact number provided to TNAboard (206-750-1124). Investigators also located an Instagram account for Tori Loughlin, "ilypradaokbye." Like with Angelique Anderson, one of the pictures of Tori Loughlin on her Instagram account is also used in sex advertisements for her, and the description portion of her Instagram account includes the term "Bentley Bunny." As previously mentioned, "Bentley" is the commonly used moniker for WASHINGTON.

60.     Both Tori Loughlin and Angelique Anderson have confirmation reservation emails through the Priceline.com account, emailed to mariagpalm2018@gmail.com. The following reservation confirmations listing Tori Loughlin and Angelique Anderson were emailed to mariagpalm2018@gmail.com:

11/14/2022:

- Delta Airlines flight from Phoenix, AZ to Seattle, WA.
- Passengers: WASHINGTON, Tori Loughlin, Angelique Jade Anderson

11/15/2022:

- 3-night hotel reservation for Hilton Bellevue, WA
- Reservation Name: Tori Loughlin

11/23/2022:

- Alaska Airlines flight from Seattle, WA to Phoenix, AZ
- Passengers: Tori Loughlin, Angelique Jade Anderson

61.     Based upon the information detailed above, as well as my training and experience investigating sex trafficking cases, and corroborating information from

---

[1] Investigators previously executed a search warrant for the email accounts mariagpalm2018@gmail.com and bluestripbently1013.com. During a search of the email records for email account mariagpalm2018@gmail.com, numerous emails from Priceline.com listed various females for hotel and airfare reservations. Tori Loughlin was one of the women identified in these reservations. A search of "Tori Loughlin" through law enforcement databases yielded a Tori Loughlin with a driver's license out of Wyoming and Arizona. Investigators were able to obtain the photos from these driver's licenses.

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 17

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  interviewed victims T.G. and D.A., I have probable cause to believe BRANDON

2  WASHINGTON is sex trafficking adult female victims throughout the United States using

3  force, fraud, and coercion as defined in Title 18, United States Code, Section 1591(a). I also

4  have probable cause to believe that evidence of WASHINGTON's sex trafficking will be

5  found in the records of the Instagram account "penthouse_bentley."

6  **BACKGROUND CONCERNING INSTAGRAM**[2]

7  62.    I know from my training and experience that Instagram is a service owned by

8  Meta, a United States company and a provider of an electronic communications service as

9  defined by 18 U.S.C. §§ 3127(1) and 2510.  Specifically, Instagram is a free-access social

10  networking service, accessible through its website and its mobile application, which allows

11  subscribers to acquire and use Instagram accounts, like the SUBJECT ACCOUNT listed in

12  Attachment A, through which users can share messages, multimedia, and other information

13  with other Instagram users and the general public.

14  63.    Meta collects basic contact and personal identifying information from users

15  during the Instagram registration process.  This information, which can later be changed by

16  the user, may include the user's full name, birth date, gender, contact e-mail addresses,

17  physical address (including city, state, and zip code), telephone numbers, credit card or bank

18  account number, and other personal identifiers. Meta keeps records of changes made to this

19  information.

20  64.    Meta also collects and retains information about how each user accesses and

21  uses Instagram. This includes information about the Internet Protocol ("IP") addresses used

22  to create and use an account, unique identifiers and other information about devices and web

23  browsers used to access an account, and session times and durations.

24  65.    Each Instagram account is identified by a unique username chosen by the user.

25  Users can change their usernames whenever they choose, but no two users can have the same

26

27  _____

28  [2] The information in this section is based on information published by Meta on its Instagram website, including, but not limited to, the following webpages: "Data Policy," https://help.instagram.com/519522125107875; "Information for Law Enforcement," https://help.instagram.com/494561080557017; and "Help Center," https://help.instagram.com.

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 18

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    usernames at the same time. Instagram users can create multiple accounts and, if "added" to

2    the primary account, can switch between the associated accounts on a device without having

3    to repeatedly log in and log out.

4    66.    Instagram users can also connect their Instagram and Facebook accounts to

5    utilize certain cross-platform features, and multiple Instagram accounts can be connected to a

6    single Facebook account. Instagram accounts can also be connected to certain third-party

7    websites and mobile apps for similar functionality. For example, an Instagram user can

8    "tweet" an image uploaded to Instagram to a connected Twitter account or post it to a

9    connected Facebook account, or transfer an image from Instagram to a connected image

10   printing service. Meta maintains records of changed Instagram usernames, associated

11   Instagram accounts, and previous and current connections with accounts on Meta and third-

12   party websites and mobile apps.

13   67.    Instagram users can "follow" other users to receive updates about their posts

14   and to gain access that might otherwise be restricted by privacy settings (for example, users

15   can choose whether their posts are visible to anyone or only to their followers).  Users can

16   also "block" other users from viewing their posts and searching for their account, "mute"

17   users to avoid seeing their posts, and "restrict" users to hide certain activity and prescreen

18   their comments. Instagram also allows users to create a "close friends list" for targeting

19   certain communications and activities to a subset of followers.

20   68.    Users have several ways to search for friends and associates to follow on

21   Instagram, such as by allowing Meta to access the contact lists on their devices to identify

22   which contacts are Instagram users. Meta retains this contact data unless deleted by the user

23   and periodically syncs with the user's devices to capture changes and additions. Users can

24   similarly allow Meta to search an associated Facebook account for friends who are also

25   Instagram users. Users can also manually search for friends or associates.

26   69.    Each Instagram user has a profile page where certain content they create and

27   share ("posts") can be viewed either by the general public or only the user's followers,

28

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 19

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

depending on privacy settings. Users can customize their profile by adding their name, a photo, a short biography ("Bio"), and a website address.

70.    One of Instagram's primary features is the ability to create, edit, share, and interact with photos and short videos. Users can upload photos or videos taken with or stored on their devices, to which they can apply filters and other visual effects, add a caption, enter the usernames of other users ("tag"), or add a location. These appear as posts on the user's profile. Users can remove posts from their profiles by deleting or archiving them. Archived posts can be reposted because, unlike deleted posts, they remain on Meta's servers.

71.    Users can interact with posts by liking them, adding or replying to comments, or sharing them within or outside of Instagram. Users receive notification when they are tagged in a post by its creator or mentioned in a comment (users can "mention" others by adding their username to a comment followed by "@"). An Instagram post created by one user may appear on the profiles or feeds of other users depending on a number of factors, including privacy settings and which users were tagged or mentioned.

72.    An Instagram "story" is similar to a post but can be viewed by other users for only 24 hours. Stories are automatically saved to the creator's "Stories Archive" and remain on Meta's servers unless manually deleted. The usernames of those who viewed a story are visible to the story's creator until 48 hours after the story was posted.

73.    Instagram allows users to broadcast live video from their profiles. Viewers can like and add comments to the video while it is live, but the video and any user interactions are removed from Instagram upon completion unless the creator chooses to send the video to IGTV, Instagram's long-form video app.

74.    Instagram Direct, Instagram's messaging service, allows users to send private messages to select individuals or groups. These messages may include text, photos, videos, posts, profiles, and other information. Participants to a group conversation can name the group and send invitations to others to join. Instagram users can send individual or group messages with "disappearing" photos or videos that can only be viewed by recipients once or twice, depending on settings. Senders can't view their disappearing messages after they are

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 20

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

sent but do have access to each message's status, which indicates whether it was delivered, opened, or replayed, and if the recipient took a screenshot. Instagram Direct also enables users to video chat with each other directly or in groups.

75.     Instagram offers services such as Instagram Checkout and Facebook Pay for users to make purchases, donate money, and conduct other financial transactions within the Instagram platform as well as on Facebook and other associated websites and apps. Instagram collects and retains payment information, billing records, and transactional and other information when these services are utilized.

76.     Instagram has a search function which allows users to search for accounts by username, user activity by location, and user activity by hashtag. Hashtags, which are topical words or phrases preceded by a hash sign (#), can be added to posts to make them more easily searchable and can be "followed" to generate related updates from Instagram.  Meta retains records of a user's search history and followed hashtags.

77.     Meta collects and retains location information relating to the use of an Instagram account, including user-entered location tags and location information used by Meta to personalize and target advertisements.

78.     Meta uses information it gathers from its platforms and other sources about the demographics, interests, actions, and connections of its users to select and personalize ads, offers, and other sponsored content.  Meta maintains related records for Instagram users, including information about their perceived ad topic preferences, interactions with ads, and advertising identifiers. This data can provide insights into a user's identity and activities, and it can also reveal potential sources of additional evidence.

79.     In some cases, Instagram users may communicate directly with Meta about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Meta typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 21

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

80.     For each Instagram user, Meta collects and retains the content and other records described above, sometimes even after it is changed by the user (including usernames, phone numbers, email addresses, full names, privacy settings, email addresses, and profile bios and links).

## KNOWLEDGE REGARDING USE OF INSTAGRAM ACCOUNTS AS INSTRUMENTALITIES OF THE CRIME

81.     The use of an Instagram account to facilitate sex trafficking and interstate transportation for the purpose of prostitution is not unusual. Through my investigative experience, and based upon training and conversations with other law enforcement officers involved in sex trafficking/prostitution investigations, I am aware that persons involved in prostitution and sex trafficking often use social networking websites, including Instagram, as a tool or instrumentality in committing their criminal activity. Specifically, pimps and sex traffickers often use Instagram to identify potential recruits, to communicate with these recruits via Instagram direct messaging or posts on a victim's "wall," and to keep track of their victims and their whereabouts.

82.     I am also aware from my training and experience that pimps and sex traffickers will often take pictures of the females working for them and post these pictures on their Instagram accounts. I am also aware from my training and experience that pimps and sex traffickers will often transport their victims to different cities and states to work as prostitutes. In such situations, pimps and sex traffickers will sometimes post on their Instagram accounts about the locations where they are visiting and how much money they are making at these locations.

83.     I am also aware from my training and experience that sex traffickers will often use the Internet to identify and recruit potential victims. In my experience, traffickers will often utilize social media websites such as Instagram to identify individuals who might be vulnerable to their coercion and exploitation.

84.     Here, WASHINGTON used the SUBJECT ACCOUNT to brag about his activities, including displaying his profits from sex trafficking women and the locations

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 22

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

where he was traveling to engage in trafficking women in commercial sex. Additionally, T.G., D.A., and other apparent sex trafficking victims used their Instagram accounts to advertise commercial sex. In my experience, it is common for pimps and sex traffickers to control the Instagram or other social media accounts of their victims.

85.     Based upon the information set forth above, I believe that the SUBJECT ACCOUNT is an instrumentality of Sex Trafficking by Force, Fraud, or Coercion and is permeated with evidence of these crimes. A search of the SUBJECT ACCOUNT is needed to further establish WASHINGTON is the user of the SUBJECT ACCOUNT, to determine locations where WASHINGTON has engaged in sex trafficking, and to identify other potential victims who may have been exploited by WASHINGTON, among other things.

86.     Based upon the information set forth above, I believe that the SUBJECT ACCOUNT will contain evidence, instrumentalities, contraband, and fruits of the violations of Title 18, United States Code, Section 1591(a) (Sex Trafficking by Force, Fraud, and Coercion).

**POTENTIAL RELEVANCE OF DATA FROM INSTAGRAM ACCOUNTS**

87.     In my training and experience, evidence of who was using Instagram and from where, and evidence related to criminal activity of the kind described above, may be found in the files and records described above. This evidence may establish the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or, alternatively, to exclude the innocent from further suspicion.

88.     For example, the stored communications and files connected to the SUBJECT ACCOUNT may provide direct evidence of the offenses under investigation. Based on my training and experience, instant messages, emails, voicemails, photos, videos, and documents are often created and used in furtherance of criminal activity, including to communicate and facilitate the offenses under investigation.

89.     Account activity may also provide relevant insight into the account owner's state of mind as it relates to the offenses under investigation. For example, information in the

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 23

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

SUBJECT ACCOUNT may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

90.     Stored communications including Instagram direct messages not only may contain communications relating to crimes, but also help identify and locate the participants in those crimes. Group lists and friend lists may help identify co-conspirators. Similarly, photographs and videos may help identify and locate the account holder and any co-conspirators. Search and browsing history can also be extremely useful in identifying those using anonymous online accounts and may also constitute direct evidence of the crime of labor trafficking or money laundering to the extent the browsing history or search history might include searches and browsing history related to worksites or attempts to recruit potential victims or conducting financial transactions with the proceeds of forced labor.

91.     With respect to this case, I anticipate that the SUBJECT ACCOUNT may contain photographs that may establish WASHINGTON's involvement in the crimes set forth above, as well as communications between WASHINGTON and co-conspirators and/or victims of his crimes. Therefore, Meta's servers are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Instagram, such as account access information, transaction information, and other account information.

92.     In addition, the user's account activity, logs, stored electronic communications, and other data retained by Meta can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, subscriber information, email and messaging logs, documents, and photos and videos (and the data associated with the foregoing, such as geo-location, date, and time) may be evidence of who used or controlled the account at a relevant time. As an example, because every device has unique hardware and software identifiers, and because every device that connects to the Internet must use an IP address, IP address and device identifier information can help to identify which computers

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 24

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

or other devices were used to access the account. Such information also allows investigators to understand the geographic and chronological context of access, use, and events relating to the crime under investigation.

93.     Therefore, Meta's servers are likely to contain stored electronic communications and information concerning subscribers and their use of Instagram. In my training and experience, such information may constitute evidence of the crimes under investigation including information that can be used to identify the account's user or users.

## **CONCLUSION**

94.     Based on the forgoing, I request that the Court find that there is probable cause to believe that the SUBJECT ACCOUNT, more particularly described in Attachment A, contains evidence and instrumentalities of the crimes of Title 18, United States Code, Section 1591(a) (Sex Trafficking by Force, Fraud, or Coercion), as described in Attachment B, and issue the proposed search warrant.

/ / /

/ / /

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 25

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

95.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving the warrant on Meta. Because the warrant will be served on Meta, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

CHRISTOPHER P MIRANDA
Digitally signed by CHRISTOPHER P MIRANDA
Date: 2023.03.01 08:46:39 -08'00'

CHRISTOPHER MIRANDA, Affiant
Special Agent
Homeland Security Investigations

The above-named agent provided a sworn statement to the truth of the foregoing affidavit by telephone on this 3rd day of March, 2023.

PAULA L. MCCANDLIS
United States Magistrate Judge

USAO # 2022R00884
Affidavit of Special Agent Christopher Miranda - 26

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with Instagram account **penthouse_bentley** (the SUBJECT ACCOUNT) that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered at 1601 Willow Road, Menlo Park, California.

USAO #2022R00884
Attachment A - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ATTACHMENT B**

**Evidence to Be Seized**

**I.     Information to be disclosed by Meta**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for the SUBJECT ACCOUNT listed in Attachment A:

a.      All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Instagram passwords, Instagram security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

b.      All activity logs for the account and all other documents showing the user's posts and other Instagram activities from January 1, 2015, to present;

c.      All photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them from January 1, 2015, to present, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

d.      All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Instagram user identification numbers; groups and networks of which the user is a member, including the groups' Instagram group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Meta applications, from January 1, 2015, to present;

USAO # 2022R00884
Attachment B - Page 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

e.     All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string, from January 1, 2015, to present;

f.     All other records and contents of communications and messages made or received by the user from January 1, 2015, to present, including all Messenger activity, private messages, chat history, video calling and voice calling history, and pending "Friend" requests;

g.     All "check ins" and other location information from January 1, 2015, to present;

h.     All IP logs, including all records of the IP addresses that logged into the account from January 1, 2015, to present;

i.     All records of the account's usage of the "Like" feature, including all Instagram posts and all non-Instagram webpages and content that the user has "liked" from January 1, 2015, to present;

j.     All information about the Instagram pages that the account is or was a "fan" of from January 1, 2015, to present;

k.     All past and present lists of friends created by the account;

l.     All records of Instagram searches performed by the account from January 1, 2015, to present;

m.     The types of service utilized by the user;

n.     The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

o.     All privacy settings and other account settings, including privacy settings for individual Instagram posts and activities, and all records showing which Instagram users have been blocked by the account;

USAO # 2022R00884

Attachment B - Page 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

p.      All records pertaining to communications between Instagram and any person regarding the user or the user's Instagram account, including contacts with support services and records of actions taken;

q.      A list of any accounts linked to the SUBJECT ACCOUNT by machine cookie.

Meta is hereby ordered to disclose the above information to the government within **14 days** of issuance of this warrant.

**II.     Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of Title 18, United States Code, Section 1591(a) (sex trafficking by force, fraud, or coercion) involving BRANDON WASHINGTON, including for the SUBJECT ACCOUNT identified on Attachment A, information pertaining to the following matters:

a.      Evidence that BRANDON WASHINGTON, his co-conspirators, or his victims are involved in prostitution or sex trafficking;

b.      Evidence regarding the proceeds of the enumerated offense;

c.      IP log evidence, including all records of the IP addresses that logged into the account, and the dates and times such logins occurred, suggesting that BRANDON WASHINGTON traveled within or outside the Western District of Washington to conduct prostitution or sex trafficking;

d.      Evidence suggesting that BRANDON WASHINGTON, his co-conspirators, or his victims traveled within or outside the Western District of Washington to conduct prostitution or sex trafficking;

e.      Evidence that BRANDON WASHINGTON or his co-conspirators used Instagram to recruit individuals to prostitute for him, or to intimidate or tamper with victims or potential witnesses;

USAO # 2022R00884
Attachment B - Page 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

f.      Evidence of the identities of and relationships between co-conspirators and victims;

g.      Evidence of who uses or accesses the SUBJECT ACCOUNT or who exercises in any way any dominion or control over SUBJECT ACCOUNT;

h.      Evidence of who communicated with the SUBJECT ACCOUNT, including records about their identities and whereabouts;

i.      Log records, including IP address captures, associated with the specified account;

j.      Subscriber records associated with the SUBJECT ACCOUNT, including

    1)      names, email addresses, and screen names;

    2)      physical addresses;

    3)      records of session times and durations;

    4)      length of service (including start date) and types of services utilized;

    5)      telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address such as internet protocol address, media access card addresses, or any other unique device identifiers recorded by Google in relation to the accounts;

    6)      account log files (login IP address, account activation IP addresses, and IP address history);

    7)      detailed billing records/logs;

    8)      means and source of payment; and

    9)      lists of all related accounts;

k.      Records of communications between Meta and any person purporting to be the account holder about issues relating to the SUBJECT ACCOUNT, such as technical problems, billing inquiries, or complaints from other users about the SUBJECT ACCOUNT, to include records of contacts between the subscriber and the

USAO # 2022R00884
Attachment B - Page 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

provider's support services, as well as records of any actions taken by the provider or subscriber as a result of the communications.

l.      Information identifying accounts that are linked or associated with the SUBJECT ACCOUNT.

The applied-for warrant authorizes the forensic examination of the data provided by Meta pursuant to Part I of Attachment B for the purpose of identifying the electronically stored data described herein. This review may be conducted by any federal or local government personnel, sworn or non-sworn, assisting in the investigation, who may include, in addition to law enforcement officers and agents, federal and local contractors and support staff, attorneys for the government, attorney support staff, and technical experts. Pursuant to the requested warrant, the FBI may deliver a complete copy of the electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

USAO # 2022R00884
Attachment B - Page 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970